AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

JITRADE, INC., a California Corporation;

*Plaintiff(s)*

v.

BERESHITH, INC. d/b/a LOVE IN, a California Corporation; KYUNG HAE LEE CHANG, an individual; UNLIMITED, business entity form unknown; TK CLOTHING, INC. d/b/a Bellissima, a California Corporation; SCOTT S PARK, an individual; VANILLA MONKEY LTD. d/b/a 1 MAD FIT, a California Corporation; SEOK EUN KANG, an individual; ZULILY, LLC. a Washington Limited Liability Company; and DOES 1-10, inclusive,

*Defendant(s)*

Civil Action No. 2:17-cv-04704-BRO-KS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BERESHITH, INC. d/b/a LOVE IN     SEE ATTACHMENT A
1100 S. San Pedro Street. STE. G9,
Los Angeles, CA 90015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chan Y. Jeong
Jeong & Likens, L.C.
1055 W. 7th St., Suite 2280
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/27/2017

G.HUNT
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-04704-BRO-KS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                            *Server's signature*

                            _____
                            *Printed name and title*

                            _____
                            *Server's address*

Additional information regarding attempted service, etc:

C. YONG JEONG, ESQ. (SBN 255244)
 jeong@jeonglikens.com
AMY CHOE, ESQ. (SBN 299870)
 amy.choe@jeonglikens.com
JEONG & LIKENS, L.C.
1055 W. 7TH Street, Suite 2280
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorneys for Plaintiff, JITRADE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE, INC. a California Corporation;<br><br>   Plaintiff,<br><br>   vs.<br><br>BERESHITH, INC. d/b/a LOVE IN, a California Corporation; KYUNG HAE LEE CHANG, an individual; UNLIMITED, business entity form unknown; TK CLOTHING, INC. d/b/a Bellissima, a California Corporation; SCOTT S PARK, an individual; VANILLA MONKEY LTD. d/b/a 1 MAD FIT, a California Corporation; SEOK EUN KANG, an individual; ZULILY, LLC. a Washington Limited Liability Company; and DOES 1-10, inclusive,<br><br>   Defendants. | Case Number: 2:17-cv-4704<br><br>**CONTINUATION OF SUMMONS** |

**ATTACHMENT A**

**DEFENDANTS' NAMES AND ADDRESSES**

KYUNG HAE LEE CHANG

1100 S. San Pedro Street. STE. G9,

Los Angeles, CA 90015


TK CLOTHING, INC. d/b/a Bellissima

1015 Crocker St., Ste S12,

Los Angeles, CA 90021


SCOTT S PARK

1015 Crocker St., Ste S12,

Los Angeles, CA 90021


VANILLA MONKEY LTD. d/b/a 1 MAD FIT

1100 S. Crocker St #400,

Los Angeles, CA 90021.


SEOK EUN KANG

1100 S. Crocker St #400,

Los Angeles, CA 90021

1  ZULILY, LLC.
2  300 Deschutes Way SW, Suite 304,
3  Tumwater, WA 98501
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28